# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *   *
DEXTER SMALL,                  *
                               *
                Plaintiff,     *
                               *
        v.                     *   No. 11-273C
                               *   Filed:  June 3, 2015
UNITED STATES,                 *
                               *
                Defendant.     *
                               *
* * * * * * * * * * * * * *   *
```

### O R D E R

In that plaintiff, through his attorney, has conceded in filings with the court "that the ABCMR [Army Board for Correction of Military Records] has answered the issues raised by the pleadings and, therefore, the issues raised in Plaintiff's case are resolved," the court **ORDERS** that Plaintiff's case, no. 11-273C, be **DISMISSED** and judgment entered for the plaintiff in accordance with the terms of the February 5, 2015 decision of the ABCMR. The Clerk's Office shall enter judgment in accordance with this order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**
